IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


Bradley Murray, *et al*                                                                    PLAINTIFF(S)

VERSUS                                                     CIVIL ACTION NO.  1:06cv378-LTS-RHW

State Farm Fire & Casualty Company                                         DEFENDANT(S)


### ORDER OF DISMISSAL

All parties having agreed to and announced to the Court a settlement of this case, and the

Court being desirous that this case be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.  If any

party fails to consummate this settlement within twenty (20) days, any aggrieved party may reopen

the case for enforcement of the settlement agreement within ten (10) days, and if successful, all

additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties

against the party failing to consummate the agreement.  This Court specifically retains jurisdiction

to enforce this settlement.

SO ORDERED this the 12th day of  July, 2006.



s/ *Robert H. Walker*
United States Magistrate Judge